UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MEET RECRUITMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> NEURO42, INC., <br><br> Defendant. | No. 25-cv-782 (RA) <br><br> ORDER |

RONNIE ABRAMS, United States District Judge:

On April 14, 2025, the parties filed a proposed case management plan and scheduling order in advance of the initial conference scheduled for April 18, 2025. In their proposed plan and order, the parties indicated that they consent to conducting all further proceeding before a United States Magistrate Judge, including motions and trial. *See* Dkt. No. 18-1 at 1. Accordingly, no later than April 24, 2025, the parties shall complete and sign Form AO 85, *Notice, Consent, and Reference of a Civil Action to a Magistrate Judge*, available at https://www.nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. The initial conference scheduled for April 18, 2025 is adjourned.

SO ORDERED.

Dated:   April 16, 2025
         New York, New York

_____
Ronnie Abrams
United States District Judge